# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MANUEL FONTES-QUINTERO,<br><br>   Petitioner,<br><br>   v.<br><br>R. GUTIERREZ (Warden),<br><br>   Respondent. | No. CV 10-9656-SVW(CW)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that Respondent's motion to dismiss (docket no. 6, filed January 12, 2011) be granted; and (3) that judgment be entered dismissing the petition as moot.

1

**IT IS FURTHER ORDERED** that the Clerk of the Court serve copies of this Order and the Judgment herein on the parties.

DATED: 9/21/12

STEPHEN V. WILSON
United States District Judge