UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MANUEL FONTES-QUINTERO,<br><br>            Petitioner,<br><br>     v.<br><br>R. GUTIERREZ (Warden),<br><br>            Respondent. | No. CV 10-9656-SVW(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed as moot.

DATED:   9/21/12

                                   STEPHEN V. WILSON
                                   United States District Judge